■ RONALD R. VILLANI et al., Appellants, v PHILIP J. BEAMER, Respondent. (Appeal No. 2.) [782 NYS2d 226]—Appeal from an order of the Supreme Court, Niagara County (Amy J. Fricano, J.), entered August 29, 2003. The order denied plaintiffs' motion to set aside the jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens,* 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Green, J.P., Kehoe, Martoche and Hayes, JJ.

■ RONALD R. VILLANI et al., Appellants, v PHILIP J. BEAMER, Respondent. (Appeal No. 3.) [782 NYS2d 226]—Appeal from an order of the Supreme Court, Niagara County (Amy J. Fricano, J.), entered August 29, 2003. The order denied plaintiffs' motion for leave to renew.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988 [1988]; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Green, J.P., Kehoe, Martoche and Hayes, JJ.